Jennifer L. Gray (SBN 287855)
jennifer.gray@foster.com
Christopher G. Emch (SBN 168877)
chris.emch@foster.com
FOSTER GARVEY PC
1800 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: +1 626 755 6149
Facsimile:  +1 206 447 9700

Attorneys for Plaintiff
COMPU-LINK CORPORATION,
DBA CELINK

Richard A. Jacobsen
(*Pro Hac Vice Forthcoming*)
rjacobsen@orrick.com
Thomas N. Kidera
(*Pro Hac Vice Forthcoming*)
tkidera@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
51 West 52nd Street
New York, NY  10019-6142
Telephone: +1 212 506 5000
Facsimile:  +1 212 506 5151

Aaron M. Rubin (SBN 320880)
amrubin@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
2050 Main Street
Suite 1100
Irvine, CA  92614-8255
Telephone: +1 949 567-6700
Facsimile:  +1 949 567-6710

Attorneys for Defendant
PHH MORTGAGE CORPORATION

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPU-LINK CORPORATION, DBA CELINK, a Michigan Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>PHH MORTGAGE CORPORATION, a New Jersey Corporation,<br><br>        Defendant. | Case No. 2:22-cv-00983-KJM-KJN<br><br>**JOINT STIPULATION TO AMEND BRIEFING SCHEDULE**<br><br>Action Filed: June 3, 2022<br>Trial Date:   None Set |

1  Plaintiff Compu-Link Corporation, dba Celink ("Celink"), and Defendant

2 PHH Mortgage Corporation ("PHH") (collectively, the "Parties") in the above-

3 captioned action, by and through their respective counsel of record, file this Joint

4 Stipulation to Amend the Briefing Schedule.

5  WHEREAS, Celink served PHH with the Complaint on June 7, 2022;

6  WHEREAS, PHH intends to file a Motion to Dismiss Celink's Complaint

7 pursuant to Federal Rule of Civil Procedure 12(b);

8  WHEREAS, PHH's deadline to file a Motion to Dismiss Celink's Complaint

9 pursuant to Federal Rule of Civil Procedure 12(b) is June 28, 2022;

10  WHEREAS, the Parties met-and-conferred on June 22, 2022 to discuss the

11 Motion to Dismiss briefing schedule in response to Celink's Complaint; and

12  WHEREAS, the Parties agree that an extension of the briefing schedule is

13 appropriate.

14  IT IS THEREFORE STIPULATED, AGREED, AND JOINTLY

15 REQUESTED by the Parties that the Court amend the briefing schedule for PHH's

16 Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b) as follows:

17  The deadline for PHH to file a Motion to Dismiss Celink's Complaint shall

18 be July 29, 2022;

19  The deadline for Celink to file its Opposition to PHH's Motion to Dismiss

20 shall be September 9, 2022; and

21  The deadline for PHH to file its Reply in Support of its Motion to Dismiss

22 shall be September 30, 2022.

23  **IT IS SO STIPULATED.**

24

25

26

27

28

Dated:  June 22, 2022                    FOSTER GARVEY PC


By:           */s/ Jennifer L. Gray*
              (as authorized on June 22, 2022)
                     JENNIFER L. GRAY

Jennifer L. Gray (SBN 287855)
jennifer.gray@foster.com
Christopher G. Emch (SBN 168877)
chris.emch@foster.com
FOSTER GARVEY PC
1800 Century Park East, Suite 600 Los Angeles,
CA 90067
Telephone: +1 626 755 6149
Facsimile:  +1 206 447 9700

Attorneys for COMPU-LINK CORPORATION,
DBA CELINK


Dated:  June 22, 2022                    ORRICK, HERRINGTON & SUTCLIFFE LLP


By            */s/ Aaron M. Rubin*
                 AARON M. RUBIN

Richard A. Jacobsen
(Pro Hac Vice Forthcoming)
rjacobsen@orrick.com
Thomas N. Kidera
(Pro Hac Vice Forthcoming)
tkidera@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY  10019-6142
Telephone:  +1 212 506 5000
Facsimile:  +1 212 506 5151

Aaron M. Rubin (SBN 320880)
amrubin@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street
Suite 1100
Irvine, CA  92614-8255
Telephone:  +1 949 567-6700
Facsimile:  +1 949 567-6710

Attorneys for Defendant
PHH MORTGAGE CORPORATION

1

## <u>ORDER</u>

2      The court grants the parties' request to amend the briefing schedule

3 as follows:

4      The deadline for PHH to file a Motion to Dismiss Celink's Complaint shall

5 be July 29, 2022;

6      The deadline for Celink to file its Opposition to PHH's Motion to Dismiss

7 shall be September 9, 2022;

8      The deadline for PHH to file its Reply in Support of its Motion to Dismiss

9 shall be September 30, 2022; and

10      The Initial Scheduling Conference set for October 6, 2022 is VACATED and

11 RESET for December 15, 2022 at 2:00 p.m., with the filing of a joint status report

12 due fourteen (14) days prior.

13      **IT IS SO ORDERED.**

14 DATED:  July 5, 2022.

15

16 _____

17 CHIEF UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28