UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPU-LINK CORPORATION, DBA CELINK a Michigan Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PHH MORTGAGE CORPORATION, a New Jersey Corporation,<br><br>Defendant. | Case No. 2:22-cv-00983-KJM-KJN<br><br>**ORDER PROVISIONALLY GRANTING REQUEST TO SEAL DOCUMENTS** |

The court is in receipt of the plaintiff Compu-Link Corporation, dba Celink's Request to Seal Documents. *See* ECF No. 20. The court **provisionally grants** the plaintiff's request to seal the following documents until the court resolves that request on the merits:

- **Exhibit A:** Reverse Mortgage Subservicing Agreement between Ocwen Loan Servicing, LLC and Celink, dated as of July 1, 2017.

- **Exhibit B**: Reverse Mortgage Subservicing Agreement between Liberty Home Equity Solutions and Celink, dated as of July 1, 2017.

/////

FG: 100638800.2

- **Exhibit C:** Amendment No. 1 to Reverse Mortgage Subservicing Agreement dated as of October 17, 2019.
- **Exhibit D**: Supplement to Subservicing Agreement dated as of October 31, 2019.
- **Exhibit E:** Assignment and Acknowledgement and Addendum No. 1 to Reverse Mortgage Subservicing Agreements dated and effective [as] of July 1, 2020.
- **Exhibit F:** Amendment No. 1 to Reverse Mortgage Subservicing Agreement dated and effective as of July 1 2020.
- **Exhibit G:** Addendum No. 2 to Reverse Mortgage Subservicing Agreements dated and effective as of July 30, 2020.

Dated: October 26, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE