Jennifer L. Gray (State Bar No. 287855)
Christopher G. Emch (State Bar No. 168877)
FOSTER GARVEY PC
1800 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (626) 755-6149
Facsimile: (206) 447-9700
Email: jennifer.gray@foster.com
       chris.emch@foster.com

Attorneys for Plaintiff
COMPU-LINK CORPORATION, DBA CELINK

Richard A. Jacobsen (pro hac vice)
Thomas N. Kidera (pro hac vice)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506 5000
Facsimile: (212) 506 5151
Email: rjacobsen@orrick.com
       tkidera@orrick.com

Aaron M. Rubin (State Bar No. 320880)
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Telephone: (949) 567-6700
Facsimile: (949) 567-6710
Email: amrubin@orrick.com

Attorneys for Defendant
PHH MORTGAGE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPU-LINK CORPORATION, DBA CELINK a Michigan Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PHH MORTGAGE CORPORATION, a New Jersey Corporation,<br><br>Defendant. | Case No. 2:22-cv-00983-KJM-KJN<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE AND RESPOND TO FIRST AMENDED COMPLAINT; [PROPOSED] ORDER**<br><br>Action Filed: June 3, 2022<br>Trial Date: None Set |

Plaintiff Compu-Link Corporation, dba Celink ("Celink"), and Defendant PHH Mortgage Corporation ("PHH") (collectively, the "Parties") in the above-captioned action, by and through their respective counsel of record, file this Joint Stipulation for Extension of Time to File and Respond to First Amended Complaint.

WHEREAS, Celink filed the Complaint in this action on June 3, 2022 (ECF #1);

WHEREAS, PHH filed a motion to dismiss the Complaint ("Motion to Dismiss") to dismiss the Complaint on July 29, 2022 (ECF #12);

WHEREAS, the Court issued an Order, dated December 27, 2022, granting PHH's Motion Dismiss in part, with leave to amend ("Order") (ECF #34);

WHEREAS, the Order included a Rule 16 Scheduling Order setting a January 20, 2023 deadline for Celink to file an amended complaint and directing PHH to respond within the timeframe allowed under the Federal Rules and this District's Local Rules;

WHEREAS, Celink intends to file an amended complaint;

WHEREAS, the Parties have met and conferred concerning the deadlines for filing and responding to an amended complaint;

WHEREAS, the Parties have not sought any previous extensions with respect to these deadlines;

IT IS THEREFORE STIPULATED, AGREED, AND JOINTLY REQUESTED by the Parties that the Court amend the deadlines for Celink to file, and PHH to respond to, an amended Complaint as follows:

- The deadline for Celink to file an amended complaint shall be February 17, 2023.
- The deadline for PHH to respond to Celink's amended complaint shall be March 17, 2023.
- In the event PHH moves to dismiss the amended complaint, the deadlines for Celink's Opposition and PHH's Reply will be governed by the Federal Rules of Civil Procedure and this District's Local Rules.
- Initial Disclosures shall be filed no later than 14 days after PHH answers Celink's amended complaint.
- The Parties shall file a stipulated protective order and ESI Protocol no later than February 1, 2023.

IT IS SO STIPULATED.

Dated: January 12, 2023

FOSTER GARVEY PC

By: /s/ *Jennifer L. Gray*
    Jennifer L. Gray
    Christopher G. Emch

*Attorneys for Plaintiff Compu-Link Corporation, dba Celink*

Dated: January 12, 2023

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ *Aaron M. Rubin*
    Richard A. Jacobsen
    Thomas N. Kidera
    Aaron M. Rubin

*Attorneys for Defendant PHH Mortgage Corporation*

**FILER'S ATTESTATION**

**Filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 12, 2023

    */s/ Jennifer L. Gray*
    Jennifer L. Gray

**ORDER**

Having reviewed the Parties' JOINT STIPULATION FOR EXTENSION OF TIME TO FILE AND RESPOND TO AMENDED COMPLAINT, it is Ordered that:

- The deadline for Celink to file an amended complaint shall be February 17, 2023
- The deadline for PHH to respond to Celink's amended complaint shall be March 17, 2023.
- In the event PHH moves to dismiss the amended complaint, the deadlines for Celink's Opposition and PHH's Reply will be governed by the Federal Rules of Civil Procedure and this District's Local Rules.
- Initial Disclosures shall be filed no later than 14 days after PHH answers Celink's amended complaint.
- The Parties shall file a stipulated protective order and ESI Protocol no later than February 1, 2023.

DATED: January 19, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE