| | |
|---|---|
| Jennifer L. Gray (SBN 287855)<br>jennifer.gray@foster.com<br>Christopher G. Emch (SBN 168877)<br>chris.emch@foster.com<br>FOSTER GARVEY PC<br>1800 Century Park East, Suite 600<br>Los Angeles, CA 90067<br>Telephone: +1 626 755 6149<br><br>Attorneys for Plaintiff<br>COMPU-LINK CORPORATION, dba CELINK | Richard A. Jacobsen (*pro hac vice*)<br>rjacobsen@orrick.com<br>Thomas N. Kidera (*pro hac vice*)<br>tkidera@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>51 West 52nd Street<br>New York, NY 10019-6142<br>Telephone: (212) 506 5000<br>Facsimile: (212) 506 5151<br><br>Aaron M. Rubin (SBN 320880)<br>amrubin@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>2050 Main Street, Suite 1100<br>Irvine, CA 92614-8255<br>Telephone: (949) 567-6700<br>Facsimile: (949) 567-6710<br><br>Attorneys for Defendant<br>PHH MORTGAGE CORPORATION |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPU-LINK CORPORATION, DBA CELINK, a Michigan Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PHH MORTGAGE CORPORATION, a New Jersey Corporation,<br><br>Defendant. | Case No. 2:22-cv-00983-KJM-KJN<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE ESI PROTOCOL; AND [PROPOSED] ORDER**<br><br>Judge:         Hon. Kimberly J. Mueller<br>Action Filed: June 3, 2022<br>Trial Date:    None Set |

Plaintiff Compu-Link Corporation d/b/a Celink ("Celink") and Defendant PHH Mortgage Corporation ("PHH") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on June 3, 2022, Celink filed the Complaint in this action (ECF No. 1);

WHEREAS, on July 29, 2022, PHH filed its Rule 12(b)(6) Motion to Dismiss the Complaint (ECF No. 12);

WHEREAS, on December 27, 2022, the Court granted PHH's Motion to Dismiss in part, with leave to amend (ECF No. 34);

WHEREAS, on January 12, 2023, the Parties filed a Joint Stipulation for Extension of Time to File and Respond to Amended Complaint ("Stipulation Re: Amended Complaint") (ECF No. 35);

WHEREAS, pursuant to the Parties' Stipulation Re: Amended Complaint, the Parties agreed, in relevant part, to file a Stipulated Protective Order and ESI Protocol no later than February 1, 2023 (ECF No. 35);

WHEREAS, on January 19, 2023, the Court issued an Order granting the Parties' Stipulation Re: Amended Complaint and approved the stipulated deadlines set forth therein (ECF No. 36);

WHEREAS, on February 1, 2023, the Parties filed their Stipulated Protective Order (ECF No. 37);

WHEREAS, counsel for Celink and counsel for PHH have met and conferred, and the Parties have agreed to extend the time for the Parties to file their ESI Protocol from February 1, 2023 to February 8, 2023, to allow time for new counsel for Celink to meet and confer with counsel for PHH regarding the terms of the ESI protocol.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

| | | |
|---|---|---|
| Dated: February 1, 2023 | | FOSTER GARVEY PC |
| | | By: /s/ *Jennifer L. Gray* |
| | | Jennifer L. Gray |
| | | Christopher G. Emch |
| | | |
| | | *Attorneys for Plaintiff Compu-Link Corporation, dba Celink* |

| | | |
|---|---|---|
| Dated: February 1, 2023 | | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | | By: /s/ *Thomas N. Kidera* |
| | | Richard A. Jacobsen |
| | | Thomas N. Kidera |
| | | Aaron M. Rubin |
| | | |
| | | *Attorneys for Defendant PHH Mortgage Corporation* |

**FILER'S ATTESTATION**

\*\*Filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | |
|---|---|
| Dated: February 1, 2023 | /s/ *Thomas N. Kidera* |
| | Thomas N. Kidera |

**ORDER**

Having reviewed the Parties' Joint Stipulation for Extension of Time to File ESI Protocol, it is hereby ordered that:

The deadline for the Parties to file their ESI Protocol shall be extended from February 1, 2023 to February 8, 2023.

**IT IS SO ORDERED.**

DATED: February 7, 2023

_____
CHIEF UNITED STATES DISTRICT JUDGE