| | |
|---|---|
| Matthew G. Ball (SBN 208881)<br>matthew.ball@klgates.com<br>Andrew J. Wu (SBN 326268)<br>andrew.wu@klgates.com<br>**K&L GATES LLP**<br>4 Embarcadero Center, Suite 1200<br>San Francisco, California 94111<br>Telephone: +1 415 882 8200<br>Facsimile: +1 415 882 8220<br><br>Amy Wong (SBN 298847)<br>amy.wong@klgates.com<br>**K&L GATES LLP**<br>1 Park Plaza<br>Twelfth Floor<br>Irvine, California 92614<br>Telephone: +1 949 253 0900<br>Facsimile: +1 949 253 0902<br><br>Attorneys for Plaintiff<br>COMPU-LINK CORPORATION, DBA CELINK | Richard A. Jacobsen (pro hac vice)<br>rjacobsen@orrick.com<br>Thomas N. Kidera (pro hac vice)<br>tkidera@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>51 West 52nd Street<br>New York, NY 10019-6142<br>Telephone: (212) 506 5000<br>Facsimile: (212) 506 5151<br><br>Aaron M. Rubin (SBN 320880)<br>amrubin@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>2050 Main Street, Suite 1100<br>Irvine, CA 92614-8255<br>Telephone: (949) 567-6700<br>Facsimile: (949) 567-6710<br><br>Attorneys for Defendant<br>PHH MORTGAGE CORPORATION |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPU-LINK CORPORATION, DBA CELINK, a Michigan Corporation<br><br>             Plaintiff,<br><br>   vs.<br><br>PHH MORTGAGE CORPORATION, a New Jersey Corporation,<br><br>             Defendant. | Case No. 2:22-cv-00983-KJM-KJN<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE AND RESPOND TO FIRST AMENDED COMPLAINT; ORDER**<br><br>Hon. Kimberly J. Mueller |

Plaintiff Compu-Link Corporation d/b/a Celink ("Celink") and Defendant PHH Mortgage Corporation ("PHH") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on June 3, 2022, Celink filed its Complaint in this action (ECF No. 1);

WHEREAS, on July 29, 2022, PHH filed its Rule 12(b)(6) Motion to Dismiss the Complaint (ECF No. 12);

WHEREAS, on December 27, 2022, the Court granted PHH's Motion to Dismiss in part, with leave to amend ("MTD Order") (ECF No. 34);

WHEREAS, pursuant to the Court's MTD Order, the deadline for Celink to file a First Amended Complaint was January 20, 2023, and the deadlines for responsive pleadings and Rule 12 motions would be governed by the Federal Rules and this District's Local Rules (ECF No. 34);

WHEREAS, on January 12, 2023, the Parties filed their first Joint Stipulation for Extension of Time to File and Respond to Amended Complaint ("First Stipulation Re: Amended Complaint") (ECF No. 35);

WHEREAS, pursuant to the Parties' First Stipulation Re: Amended Complaint, the Parties agreed, in relevant part, that Celink's deadline to file a First Amended Complaint would be extended to February 17, 2023 and PHH's deadline to respond to Celink's First Amended Complaint would be extended to March 17, 2023 (ECF No. 35);

WHEREAS, on January 19, 2023, the Court issued an Order granting the Parties' First Stipulation Re: Amended Complaint and approved the stipulated deadlines set forth therein (ECF No. 36);

WHEREAS, on February 2, 2023 and February 3, 2023, Celink filed its Substitution of Attorney forms to substitute the attorneys of K&L Gates LLP in the above caption as counsel of record in place of Jennifer L. Gray and Christopher G. Emch of Foster Garvey PC (ECF Nos. 39-41, 43);

WHEREAS, new counsel for Celink and counsel for PHH have met and conferred, and the Parties agree that good cause exists to extend the time for Celink to file a First Amended Complaint and for PHH to respond to Celink's First Amended Complaint, in light of Celink's substitution of

new counsel of record in this action.

WHEREAS, the Parties have agreed to amend the deadlines for Celink to file, and PHH to respond to, the First Amended Complaint as follows:

- The deadline for Celink to file a First Amended Complaint shall be March 3, 2023;
- The deadline for PHH to respond to Celink's First Amended Complaint shall be March 31, 2023;
- In the event PHH moves to dismiss the First Amended Complaint, the deadlines for Celink's Opposition and PHH's Reply will be governed by the Federal Rules of Civil Procedure and this District's Local Rules;
- Initial Disclosures shall be completed no later than 14 days after PHH answers Celink's First Amended Complaint.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: February 8, 2023     K&L GATES LLP

By: /s/ *Matthew G. Ball*
Matthew G. Ball
Amy Wong
Andrew J. Wu

*Attorneys for Plaintiff Compu-Link Corporation, dba Celink*

Dated: February 8, 2023     ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ *Aaron M. Rubin*
Richard A. Jacobsen
Thomas N. Kidera
Aaron M. Rubin

*Attorneys for Defendant PHH Mortgage Corporation*

**FILER'S ATTESTATION**
**\*\*Filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 8, 2023     /s/ *Matthew G. Ball*
Matthew G. Ball

**ORDER**

Having reviewed the parties' Joint Stipulation for Extension of Time for Parties to File and Respond to Amended Complaint, it is hereby ordered:

- The deadline for Celink to file a First Amended Complaint shall be March 3, 2023;
- The deadline for PHH to respond to Celink's First Amended Complaint shall be March 31, 2023;
- In the event PHH moves to dismiss the First Amended Complaint, the deadlines for Celink's Opposition and PHH's Reply will be governed by the Federal Rules of Civil Procedures and this District's Local Rules; and
- Initial Disclosures shall be completed no later than 14 days after PHH answers Celink's First Amended Complaint.

**IT IS SO ORDERED.**

DATED: February 9, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE