Matthew G. Ball (SBN 208881)
matthew.ball@klgates.com
Andrew J. Wu (SBN 326268)
andrew.wu@klgates.com
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone: +1 415 882 8200
Facsimile: +1 415 882 8220

Amy Wong (SBN 298847)
amy.wong@klgates.com
**K&L GATES LLP**
1 Park Plaza
Twelfth Floor
Irvine, California 92614
Telephone: +1 949 253 0900
Facsimile: +1 949 253 0902

Attorneys for Plaintiff
COMPU-LINK CORPORATION, DBA CELINK

Richard A. Jacobsen (pro hac vice)
Thomas N. Kidera (pro hac vice)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506 5000
Facsimile: (212) 506 5151
Email: rjacobsen@orrick.com
       tkidera@orrick.com

Aaron M. Rubin (State Bar No. 320880)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Telephone: (949) 567-6700
Facsimile: (949) 567-6710
Email: amrubin@orrick.com

Attorneys for Defendant
PHH MORTGAGE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPU-LINK CORPORATION, DBA CELINK, a Michigan Corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>PHH MORTGAGE CORPORATION, a New Jersey Corporation,<br><br>    Defendant. | Case No. 2:22-cv-00983-KJM-KJN<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR CELINK TO FILE A SECOND AMENDED COMPLAINT; AND ORDER**<br><br>Hon. Kimberly J. Mueller |

Plaintiff Compu-Link Corporation d/b/a Celink ("Celink") and Defendant PHH Mortgage Corporation ("PHH") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Celink filed its First Amended Complaint ("FAC") on March 3, 2023 (Dkt. No. 50), and PHH filed its Motion to Dismiss the FAC on March 31, 2023 (Dkt. No. 51);

WHEREAS, on May 12, 2023, pursuant to the Court's Standing Order, the Parties informed the courtroom clerk that the Parties are working towards a settlement;

WHEREAS, on May 15, 2023, the Court granted PHH's Motion to Dismiss the FAC as to Claim 1 with leave to amend and Claim 8 without leave to amend, but otherwise denied PHH's Motion to Dismiss the FAC (Dkt. No. 59);

WHEREAS, pursuant to this Court's Order (Dkt. No. 59), Celink must file a Second Amended Complaint ("SAC") by June 2, 2023;

WHEREAS, the Parties are in the process of reviewing a draft settlement agreement, which constitutes good cause for a reasonable extension of the deadline for Celink to file a SAC;

WHEREAS, pursuant to this Court's Modified Scheduling Order (Dkt. No. 55) and Paragraph 9 of this Court's Standing Order, the Parties respectfully request an extension of time for the following deadlines:

| Deadline | Current Date | Requested Extension |
| --- | --- | --- |
| Deadline for Celink to file a Second Amended Complaint | June 2, 2023 | June 30, 2023 |
| Deadline for PHH to respond to Celink's operative pleading, whether it is an answer to the First Amended Complaint or an answer or motion to dismiss a Second Amended Complaint | Potentially May 30, 2023 if Celink declines to file a Second Amended Complaint, or June 16, 2023 if Celink files a Second Amended Complaint | July 31, 2023 |

WHEREAS, the Parties' respective counsel have met and conferred, and agree that good cause exists to extend the current deadline for Celink to File a Second Amended Complaint from June 2, 2023 to June 30, 2023, and to extend the deadline for PHH to respond to Celink's operative pleading, whether it is an answer to the First Amended Complaint or an answer or motion to dismiss

a Second Amended Complaint to July 31, 2023.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: May 26, 2023                                K&L GATES LLP

                                                   By: /s/ *Matthew G. Ball*
                                                       Matthew G. Ball
                                                       Amy Wong
                                                       Andrew J. Wu

                                                   *Attorneys for Plaintiff Compu-Link*
                                                   *Corporation, dba Celink*

Dated: May 26, 2023                                ORRICK, HERRINGTON & SUTCLIFFE LLP

                                                   By: /s/ *Aaron M. Rubin*
                                                       Richard A. Jacobsen
                                                       Thomas N. Kidera
                                                       Aaron M. Rubin

                                                   *Attorneys for Defendant PHH Mortgage*
                                                   *Corporation*

**FILER'S ATTESTATION**

\*\*Filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 26, 2023                                /s/ *Matthew G. Ball*
                                                   Matthew G. Ball

**ORDER**

Having reviewed the Parties' Joint Stipulation to Extend Deadline for Celink to File a Second Amended Complaint, the Court hereby GRANTS the Stipulation and orders as follows:

- Compu-Link Corporation d/b/a Celink shall file a Second Amended Complaint by **June 30, 2023**.
- PHH Mortgage Corporation shall file a response to Celink's operative pleading, whether it is an answer to the First Amended Complaint or an answer or motion to dismiss a Second Amended Complaint, by **July 31, 2023**.

**IT IS SO ORDERED.**

DATED: June 1, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE