Matthew G. Ball (SBN 208881)
matthew.ball@klgates.com
Andrew J. Wu (SBN 326268)
andrew.wu@klgates.com
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone: +1 415 882 8200
Facsimile: +1 415 882 8220

Amy Wong (SBN 298847)
amy.wong@klgates.com
**K&L GATES LLP**
1 Park Plaza
Twelfth Floor
Irvine, California 92614
Telephone: +1 949 253 0900
Facsimile: +1 949 253 0902

Attorneys for Plaintiff
COMPU-LINK CORPORATION, DBA CELINK

Richard A. Jacobsen (pro hac vice)
Thomas N. Kidera (pro hac vice)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506 5000
Facsimile: (212) 506 5151
Email: rjacobsen@orrick.com
       tkidera@orrick.com

Aaron M. Rubin (State Bar No. 320880)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Telephone: (949) 567-6700
Facsimile: (949) 567-6710
Email: amrubin@orrick.com

Attorneys for Defendant
PHH MORTGAGE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPU-LINK CORPORATION, DBA CELINK, a Michigan Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PHH MORTGAGE CORPORATION, a New Jersey Corporation,<br><br>Defendant. | Case No. 2:22-cv-00983-KJM-KJN<br><br>**JOINT STIPULATION TO EXTEND CERTAIN CASE RELATED DEADLINES; AND ORDER**<br><br>Hon. Kimberly J. Mueller |

JOINT STIPULATION TO EXTEND CERTAIN CASE RELATED DEADLINES; AND ORDER

Plaintiff Compu-Link Corporation d/b/a Celink ("Celink") and Defendant PHH Mortgage Corporation ("PHH") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Celink filed its First Amended Complaint ("FAC") on March 3, 2023 (Dkt. No. 50), and PHH filed its Motion to Dismiss the FAC on March 31, 2023 (Dkt. No. 51);

WHEREAS, on April 20, 2023, the Court entered a modified scheduling order, setting forth certain deadlines, including but not limited to, deadlines for completion of party fact discovery, non-party fact discovery, and expert discovery (Dkt. No. 55) ("Modified Scheduling Order");

WHEREAS, on May 12, 2023, pursuant to the Court's Standing Order, the Parties informed the courtroom clerk that the Parties are working towards a settlement;

WHEREAS, on May 26, 2023, the Parties filed a joint stipulation informing the Court that the Parties were in the process of reviewing a draft settlement agreement, and requested a 30-day extension for Celink's deadline to file a Second Amended Complaint ("SAC"), and a 30-day extension for PHH's deadline to respond to Celink's operative pleading (Dkt. No. 60) ("Stipulation Re: SAC");

WHEREAS, on June 1, 2023, the Court granted the Stipulation Re: SAC and entered an order extending Celink's pleading deadline and PHH's response deadline to June 30, 2023 and July 31, 2023, respectively (Dkt. No. 61);

WHEREAS, the Stipulation Re: SAC did not seek to extend any of the case related deadlines set forth in the Court's Modified Scheduling Order;

WHEREAS, the Parties are in still the process of reviewing a draft settlement agreement and engaging in settlement negotiations, which constitutes good cause for:

- A 21-day extension of the pleading and responsive pleading deadlines previously granted in Dkt. No. 61; and
- A 51-day extension of certain deadlines in the Modified Scheduling Order to coincide with, and account for, the total number of days for the extension previously granted in Dkt. No. 61 regarding the Parties' pleading and responsive pleading deadlines (30 days) and the extensions requested herein for the Parties' pleading and responsive pleading deadlines (21 days);

WHEREAS, pursuant to this Court's Modified Scheduling Order and Paragraph 9 of this Court's Standing Order, the Parties respectfully request an extension of time for the following deadlines:

| Deadline | Current Date | Requested Extension |
|---|---|---|
| Deadline for Celink to file a Second Amended Complaint | June 30, 2023 | July 21, 2023 |
| Deadline for PHH to respond to Celink's operative pleading, whether it is an answer to the First Amended Complaint or an answer or motion to dismiss a Second Amended Complaint | July 31, 2023 | August 21, 2023 |
| Party fact discovery deadline | October 27, 2023 | December 18, 2023 |
| Non-party fact discovery deadline | December 22, 2023 | February 12, 2024 |
| Deadline for expert disclosures and service of reports | February 29, 2024 | April 22, 2024 |
| Deadline for rebuttal expert disclosures and service of reports | March 29, 2024 | May 20, 2024 |
| Deadline to complete all discovery and file all discovery motions | May 31, 2024 | July 22, 2024 |
| Parties shall attend a settlement conference or participate in private mediation | No later than June 28, 2024 | No later than August 19, 2024 |
| Deadline for all dispositive motions | Filed by July 5, 2024 and heard by August 9, 2024 | Filed by August 26, 2024 and heard by September 30, 2024 |

WHEREAS, the Parties' respective counsel have met and conferred, and agree that good cause exists for a reasonable extension of the aforementioned deadlines.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: June 23, 2023                                K&L GATES LLP


By: /s/ *Matthew G. Ball*
    Matthew G. Ball
    Amy Wong
    Andrew J. Wu

*Attorneys for Plaintiff Compu-Link Corporation, dba Celink*

| | |
|---|---|
| Dated: June 23, 2023 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | By: /s/ *Aaron M. Rubin* |
| | Richard A. Jacobsen |
| | Thomas N. Kidera |
| | Aaron M. Rubin |
| | *Attorneys for Defendant PHH Mortgage Corporation* |

**FILER'S ATTESTATION**

\*\*Filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | |
|---|---|
| Dated: June 23, 2023 | */s/ Matthew G. Ball* |
| | Matthew G. Ball |

**ORDER**

Having reviewed the Parties' Joint Stipulation to Extend Certain Case Related Deadlines, the Court hereby GRANTS the Stipulation and orders as follows:

- Compu-Link Corporation d/b/a Celink shall file a Second Amended Complaint by **July 21, 2023**;
- PHH Mortgage Corporation shall file a response to Celink's operative pleading, whether it is an answer to the First Amended Complaint or an answer or motion to dismiss a Second Amended Complaint, by **August 21, 2023**;
- Party fact discovery shall be completed by **December 18, 2023**;
- Non-party fact discovery shall be completed by **February 12, 2024**;
- Experts shall be disclosed and reports served by **April 22, 2024**;
- Rebuttal experts shall be disclosed and reports served by **May 20, 2024**;
- All discovery shall be completed and all discovery motions shall be filed by **July 22, 2024**;
- The parties shall attend a settlement conference or participate in private mediation **no later than August 19, 2024**, and file a report on the status of the settlement with the court by that date. Any request for a court-convened settlement conference must be filed on the docket of this action; and
- All dispositive motions shall be **filed by August 26, 2024 and heard by October 11, 2024**.[1]

IT IS SO ORDERED.

DATED: June 27, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The parties' identified date of September 30, 2024 is not a viable hearing date.