Matthew G. Ball (SBN 208881)
matthew.ball@klgates.com
Andrew J. Wu (SBN 326268)
andrew.wu@klgates.com
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone: +1 415 882 8200
Facsimile: +1 415 882 8220

Amy Wong (SBN 298847)
amy.wong@klgates.com
**K&L GATES LLP**
1 Park Plaza
Twelfth Floor
Irvine, California 92614
Telephone: +1 949 253 0900
Facsimile: +1 949 253 0902

Attorneys for Plaintiff
COMPU-LINK CORPORATION, DBA CELINK

Richard A. Jacobsen (pro hac vice)
Thomas N. Kidera (pro hac vice)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506 5000
Facsimile: (212) 506 5151
Email: rjacobsen@orrick.com
       tkidera@orrick.com

Aaron M. Rubin (State Bar No. 320880)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Telephone: (949) 567-6700
Facsimile: (949) 567-6710
Email: amrubin@orrick.com

Attorneys for Defendant
PHH MORTGAGE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPU-LINK CORPORATION, DBA CELINK, a Michigan Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PHH MORTGAGE CORPORATION, a New Jersey Corporation,<br><br>Defendant. | Case No. 2:22-cv-00983-KJM-KJN<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR CELINK TO FILE A SECOND AMENDED COMPLAINT; AND ORDER**<br><br>Hon. Kimberly J. Mueller |

1  Plaintiff Compu-Link Corporation d/b/a Celink ("Celink") and Defendant PHH Mortgage
2  Corporation ("PHH") (collectively, the "Parties"), by and through their respective counsel, hereby
3  stipulate as follows:
4  WHEREAS, Celink filed its First Amended Complaint ("FAC") on March 3, 2023 (Dkt. No.
5  50), and PHH filed its Motion to Dismiss the FAC on March 31, 2023 (Dkt. No. 51);
6  WHEREAS, on May 12, 2023, pursuant to the Court's Standing Order, the Parties informed
7  the courtroom clerk that the Parties are working towards a settlement;
8  WHEREAS, on May 15, 2023, the Court granted PHH's Motion to Dismiss the FAC as to
9  Claim 1 with leave to amend and Claim 8 without leave to amend, but otherwise denied PHH's
10 Motion to Dismiss the FAC (Dkt. No. 59);
11 WHEREAS, on May 26, 2023, the Parties filed a joint stipulation informing the Court that
12 the Parties were in the process of reviewing a draft settlement agreement, and requested a 30-day
13 extension for Celink's deadline to file a Second Amended Complaint ("SAC") and a 30-day
14 extension for PHH's deadline to respond to Celink's operative pleading (Dkt. No. 60);
15 WHEREAS, on June 1, 2023, the Court granted the Parties' joint stipulation and entered an
16 order extending Celink's pleading deadline and PHH's response deadline to June 30, 2023 and July
17 31, 2023, respectively (Dkt. No. 61);
18 WHEREAS, on June 23, 2023, the Parties filed a joint stipulation informing the Court that
19 the Parties were still in the process of reviewing a draft settlement agreement and engaging in
20 settlement negotiations, and therefore requested, in relevant part, a 21-day extension for Celink's
21 deadline to file a SAC, and a 21-day extension for PHH's deadline to respond to Celink's operative
22 pleading (Dkt. No. 62);
23 WHEREAS, on June 27, 2023, the Court granted the Parties' joint stipulation and entered an
24 order extending, in relevant part, Celink's pleading deadline and PHH's response deadline to July
25 21, 2023 and August 21, 2023, respectively (Dkt. No. 63);
26 WHEREAS, the Parties are in still the process of reviewing a draft settlement agreement and
27 engaging in settlement negotiations, which constitutes good cause for a reasonable extension of the
28 deadline for Celink to file a SAC;

WHEREAS, pursuant to this Court's Modified Scheduling Order (Dkt. No. 55) and Paragraph 9 of this Court's Standing Order, the Parties respectfully request an extension of time for the following deadlines:

| Deadline | Current Date | Requested Extension |
| --- | --- | --- |
| Deadline for Celink to file a Second Amended Complaint | July 21, 2023 | August 4, 2023 |
| Deadline for PHH to respond to Celink's operative pleading, whether it is an answer to the First Amended Complaint or an answer or motion to dismiss a Second Amended Complaint | August 21, 2023 | September 5, 2023 |

WHEREAS, the Parties' respective counsel have met and conferred, and agree that good cause exists for a reasonable extension of the aforementioned deadlines.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: July 17, 2023                              K&L GATES LLP

                                                  By: /s/ *Matthew G. Ball*
                                                      Matthew G. Ball
                                                      Amy Wong
                                                      Andrew J. Wu

                                                  *Attorneys for Plaintiff Compu-Link Corporation, dba Celink*

Dated: July 17, 2023                              ORRICK, HERRINGTON & SUTCLIFFE LLP

                                                  By: /s/ *Aaron M. Rubin*
                                                      Richard A. Jacobsen
                                                      Thomas N. Kidera
                                                      Aaron M. Rubin

                                                  *Attorneys for Defendant PHH Mortgage Corporation*

**FILER'S ATTESTATION**

**Filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 17, 2023                                          /s/ *Matthew G. Ball*
                                                                      Matthew G. Ball

**ORDER**

Having reviewed the Parties' Joint Stipulation to Extend Deadline for Celink to File a Second Amended Complaint, the Court hereby GRANTS the Stipulation and orders as follows:

- Compu-Link Corporation d/b/a Celink shall file a Second Amended Complaint by **August 4, 2023**; and
- PHH Mortgage Corporation shall file a response to Celink's operative pleading, whether it is an answer to the First Amended Complaint or an answer or motion to dismiss a Second Amended Complaint, by **September 5, 2023**.

**IT IS SO ORDERED.**

DATED:  July 19, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE