| | |
|---|---|
| Matthew G. Ball (SBN 208881)<br>matthew.ball@klgates.com<br>Andrew J. Wu (SBN 326268)<br>andrew.wu@klgates.com<br>**K&L GATES LLP**<br>4 Embarcadero Center, Suite 1200<br>San Francisco, California 94111<br>Telephone: +1 415 882 8200<br>Facsimile: +1 415 882 8220<br><br>Amy Wong (SBN 298847)<br>amy.wong@klgates.com<br>**K&L GATES LLP**<br>1 Park Plaza<br>Twelfth Floor<br>Irvine, California 92614<br>Telephone: +1 949 253 0900<br>Facsimile: +1 949 253 0902<br><br>Attorneys for Plaintiff<br>COMPU-LINK CORPORATION, DBA CELINK | Richard A. Jacobsen (pro hac vice)<br>Thomas N. Kidera (pro hac vice)<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>51 West 52nd Street<br>New York, NY 10019-6142<br>Telephone: (212) 506 5000<br>Facsimile: (212) 506 5151<br>Email: rjacobsen@orrick.com<br>         tkidera@orrick.com<br><br>Aaron M. Rubin (State Bar No. 320880)<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>2050 Main Street, Suite 1100<br>Irvine, CA 92614-8255<br>Telephone: (949) 567-6700<br>Facsimile: (949) 567-6710<br>Email: amrubin@orrick.com<br><br>Attorneys for Defendant<br>PHH MORTGAGE CORPORATION |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPU-LINK CORPORATION, DBA CELINK, a Michigan Corporation<br><br>                    Plaintiff,<br><br>     vs.<br><br>PHH MORTGAGE CORPORATION, a New Jersey Corporation,<br><br>                    Defendant. | Case No. 2:22-cv-00983-KJM-KJN<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR PHH MORTGAGE CORPORATION TO RESPOND TO CELINK'S SECOND AMENDED COMPLAINT; ORDER**<br><br>Hon. Kimberly J. Mueller |

Plaintiff Compu-Link Corporation d/b/a Celink ("Celink") and Defendant PHH Mortgage Corporation ("PHH") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Celink filed its First Amended Complaint ("FAC") on March 3, 2023 (Dkt. No. 50), and PHH filed its Motion to Dismiss the FAC on March 31, 2023 (Dkt. No. 51);

WHEREAS, on May 12, 2023, pursuant to the Court's Standing Order, the Parties informed the courtroom clerk that the Parties are working towards a settlement;

WHEREAS, on May 15, 2023, the Court granted PHH's Motion to Dismiss the FAC as to Claim 1 with leave to amend and Claim 8 without leave to amend, but otherwise denied PHH's Motion to Dismiss the FAC (Dkt. No. 59);

WHEREAS, between May 26, 2023 and July 19, 2023, the Parties filed, and the Court granted, the Parties' joint stipulations for extensions to Celink's deadline to file a Second Amended Complaint ("SAC") and PHH's deadline to respond to Celink's operative pleading on the basis that the Parties were in the process of negotiating a draft settlement agreement (Dkt. Nos. 60–65);

WHEREAS, on August 4, 2023, Celink filed the SAC (Dkt. No. 67);

WHEREAS, the Parties are now in the process of finalizing the settlement agreement, which constitutes good cause for a reasonable extension of the deadline for PHH to respond to Celink's SAC, and the Parties seek to avoid the expenditure of unnecessary time and resources associated with responding to the SAC in light of the expected execution of a settlement agreement;

WHEREAS, the Parties' respective counsel have met and conferred, and agree that good cause exists to extend the current deadline for PHH's deadline to respond to Celink's SAC from September 5, 2023 to September 29, 2023.

WHEREAS, pursuant to this Court's Modified Scheduling Order (Dkt. No. 55) and this Court's Standing Order, the Parties respectfully request that the Court extend PHH's deadline to respond to Celink's SAC, whether in the form of an answer to the SAC or a motion to dismiss the SAC, from September 5, 2023 to September 29, 2023.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

| | | |
|---|---|---|
| 1 | Dated: August 25, 2023 | K&L GATES LLP |
| 2 | | |
| 3 | | By: */s/ Matthew G. Ball* |
| | | Matthew G. Ball |
| 4 | | Amy Wong |
| | | Andrew J. Wu |
| 5 | | |
| | | *Attorneys for Plaintiff Compu-Link* |
| 6 | | *Corporation, dba Celink* |

 

Dated: August 25, 2023                    ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Aaron M. Rubin*
    Richard A. Jacobsen
    Thomas N. Kidera
    Aaron M. Rubin

*Attorneys for Defendant PHH Mortgage Corporation*

**FILER'S ATTESTATION**

\*\*Filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 25, 2023                    */s/ Aaron M. Rubin*
                                                              Aaron M. Rubin

**ORDER**

Having reviewed the Parties' Joint Stipulation to Extend the Deadline for PHH Mortgage Corporation ("PHH") to Respond to Compu-Link Corporation d/b/a Celink ("Celink")'s Second Amended Complaint, the Court hereby GRANTS the Stipulation and orders as follows:

- PHH shall file a response to Celink's Second Amended Complaint, whether it is an answer to the Second Amended Complaint or a motion to dismiss the Second Amended Complaint, by **September 29, 2023**.

**IT IS SO ORDERED.**

DATED: August 28, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE