Matthew G. Ball (SBN 208881)
matthew.ball@klgates.com
Andrew J. Wu (SBN 326268)
andrew.wu@klgates.com
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone: +1 415 882 8200
Facsimile: +1 415 882 8220

Amy Wong (SBN 298847)
amy.wong@klgates.com
**K&L GATES LLP**
1 Park Plaza
Twelfth Floor
Irvine, California  92614
Telephone: +1 949 253 0900
Facsimile: +1 949 253 0902

Attorneys for Plaintiff
COMPU-LINK CORPORATION, DBA
CELINK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPU-LINK CORPORATION, DBA CELINK, a Michigan Corporation<br><br>Plaintiff,<br><br>vs.<br><br>PHH MORTGAGE CORPORATION, a New Jersey Corporation,<br><br>Defendant. | Case No. 2:22-cv-00983-KJM-KJN<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Hon. Kimberly J. Mueller |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Compu-Link Corporation d/b/a Celink ("Celink"), by and through its counsel, hereby dismisses this action against Defendant PHH Mortgage Corporation ("PHH") in its entirety, and all causes of action thereto, with prejudice, with each party to bear its own attorneys' fees, costs, and expenses.

Dated: September 20, 2023

K&L GATES LLP

By: /s/ *Matthew G. Ball*
    Matthew G. Ball
    Amy Wong
    Andrew J. Wu

*Attorneys for Plaintiff Compu-Link Corporation, dba Celink*

1
**NOTICE OF VOLUNTARY DISMISSAL**